# United States Bankruptcy Court
## Southern District of Ohio

In re: **David Earl Bair, Jr.**
Debtor(s)

Case No.
Chapter **7**

# VERIFICATION OF CREDITOR MATRIX

The above-named Debtor hereby verifies that the attached list of creditors is true and correct to the best of his/her knowledge.

Date: **January 16, 2018**

**/s/ David Earl Bair, Jr.**
**David Earl Bair, Jr.**
Signature of Debtor