| **Information to identify the case:** | | |
|---|---|---|
| Debtor 1 | **David Earl Bair Jr.**<br>First Name   Middle Name   Last Name | Social Security number or ITIN   **xxx–xx–6136**<br>EIN   _ _–_ _ _ _ _ _ _ |
| Debtor 2<br>(Spouse, if filing) | First Name   Middle Name   Last Name | Social Security number or ITIN   _ _ _ _<br>EIN   _ _–_ _ _ _ _ _ _ |
| United States Bankruptcy Court   **Southern District of Ohio** | | Date case filed for chapter  **7   1/19/18** |
| Case number:   **1:18-bk-10148**   Case Assigned To: **Jeffery P. Hopkins** | | |

Official Form 309A (For Individuals or Joint Debtors)

# Notice of Chapter 7 Bankruptcy Case –– No Proof of Claim Deadline        12/15

**For the debtors listed above, a case has been filed under chapter 7 of the Bankruptcy Code. An order for relief has been entered.**

**This notice has important information about the case for creditors, debtors, and trustees, including information about the meeting of creditors and deadlines. Read both pages carefully.**

The filing of the case imposed an automatic stay against most collection activities. This means that creditors generally may not take action to collect debts from the debtors or the debtors' property. For example, while the stay is in effect, creditors cannot sue, garnish wages, assert a deficiency, repossess property, or otherwise try to collect from the debtors. Creditors cannot demand repayment from debtors by mail, phone, or otherwise. Creditors who violate the stay can be required to pay actual and punitive damages and attorney's fees. Under certain circumstances, the stay may be limited to 30 days or not exist at all, although debtors can ask the court to extend or impose a stay.

The debtors are seeking a discharge. Creditors who assert that the debtors are not entitled to a discharge of any debts or who want to have a particular debt excepted from discharge may be required to file a complaint in the bankruptcy clerk's office within the deadlines specified in this notice. (See line 9 for more information.)

To protect your rights, consult an attorney. All documents filed in the case may be inspected at the bankruptcy clerk's office at the address listed below or through PACER (Public Access to Court Electronic Records at www.pacer.gov).

**The staff of the bankruptcy clerk's office cannot give legal advice.**

**To help creditors correctly identify debtors, debtors submit full Social Security or Individual Taxpayer Identification Numbers, which may appear on a version of this notice. However, the full numbers must not appear on any document filed with the court.**

**Do not file this notice with any proof of claim or other filing in the case. Do not include more than the last four digits of a Social Security or Individual Taxpayer Identification Number in any document, including attachments, that you file with the court.**

| | | **About Debtor 1:** | **About Debtor 2:** |
|---|---|---|---|
| 1. | **Debtor's full name** | David Earl Bair Jr. | |
| 2. | **All other names used in the last 8 years** | | |
| 3. | **Address** | 1800 Tanglewood Dr<br>Loveland, OH 45140 | |
| 4. | **Debtor's attorney**<br>Name and address | Robert A Goering<br>220 West Third Street<br>Cincinnati, OH 45202 | Contact phone (513) 621–0912<br>Email: rob@goering–law.com |
| 5. | **Bankruptcy trustee**<br>Name and address | Henry E Menninger Jr<br>600 Vine Street<br>Suite 2500<br>Cincinnati, OH 45202 | Contact phone 513–852–6033<br>Email: hemenninger@woodlamping.com |

**For more information, see page 2 >**

Official Form 309A (For Individuals or Joint Debtors) **Notice of Chapter 7 Bankruptcy Case –– No Proof of Claim Deadline**                              page **1**

Debtor **David Earl Bair Jr.**  Case number **1:18–bk–10148**

| | | |
|---|---|---|
| **6. Bankruptcy clerk's office**<br><br>Documents in this case may be filed at this address. You may inspect all records filed in this case at this office or online at www.pacer.gov. | 221 East Fourth Street, Suite 800<br>Cincinnati, OH 45202–4133 | Hours open 9:00 am – 4:00 pm<br>Monday through Friday<br><br>Contact phone (513)684–2572<br><br>Date: 1/22/18 |
| **7. Meeting of creditors**<br><br>Debtors must attend the meeting to be questioned under oath. In a joint case, both spouses must attend. Creditors may attend, but are not required to do so. | **February 21, 2018 at 10:00 AM**<br><br>The meeting may be continued or adjourned to a later date. If so, the date will be on the court docket. **No unauthorized cellular phones, cameras, recording devices, weapons, pagers or other portable electronic devices are permitted on the court's premises.** | Location:<br><br>**Office of the US Trustee, 36 East Seventh Street, Suite 2050, Cincinnati, OH 45202** |
| **8. Presumption of abuse**<br><br>If the presumption of abuse arises, you may have the right to file a motion to dismiss the case under 11 U.S.C. § 707(b). Debtors may rebut the presumption by showing special circumstances. | The presumption of abuse does not arise. | |
| **9. Deadlines**<br><br>The bankruptcy clerk's office must receive these documents and any required filing fee by the following deadlines. | **File by the deadline to object to discharge or to challenge whether certain debts are dischargeable:**<br><br>**You must file a complaint:**<br><br>• if you assert that the debtor is not entitled to receive a discharge of any debts under any of the subdivisions of 11 U.S.C. § 727(a)(2) through (7), or<br>• if you want to have a debt excepted from discharge under 11 U.S.C § 523(a)(2), (4), or (6).<br><br>**You must file a motion:**<br><br>• if you assert that the discharge should be denied under § 727(a)(8) or (9). | **Filing deadline: 4/23/18** |
| | **Deadline to object to exemptions:**<br>The law permits debtors to keep certain property as exempt. If you believe that the law does not authorize an exemption claimed, you may file an objection. | **Filing deadline:** 30 days after the *conclusion* of the meeting of creditors |
| **10. Proof of claim**<br><br>Please do not file a proof of claim unless you receive a notice to do so. | No property appears to be available to pay creditors. Therefore, please do not file a proof of claim now. If it later appears that assets are available to pay creditors, the clerk will send you another notice telling you that you may file a proof of claim and stating the deadline. | |
| **11. Creditors with a foreign address** | If you are a creditor receiving a notice mailed to a foreign address, you may file a motion asking the court to extend the deadlines in this notice. Consult an attorney familiar with United States bankruptcy law if you have any questions about your rights in this case. | |
| **12. Exempt property** | The law allows debtors to keep certain property as exempt. Fully exempt property will not be sold and distributed to creditors. Debtors must file a list of property claimed as exempt. You may inspect that list at the bankruptcy clerk's office or online at www.pacer.gov. If you believe that the law does not authorize an exemption that the debtors claim, you may file an objection. The bankruptcy clerk's office must receive the objection by the deadline to object to exemptions in line 9. | |
| **13. Abandonment** | Pursuant to L.B.R. 6007–1, the trustee may abandon property listed on the debtor's schedules upon the request of any party in interest or upon the trustee's determination that there is no equity in the property for the benefit of unsecured creditors and that the property is burdensome. Further notice to creditors and other parties in interest is not required for the abandonment of any property unless a party in interest, before the conclusion of the § 341 meeting, files a request for further notice of abandonment with service of such notice on the trustee, or unless further notice is ordered by the court or requested by the trustee. | |

**If you would like to receive all future notices from the Bankruptcy Court electronically (email), you may register for the courts free Electronic Bankruptcy Noticing (EBN) service. EBN is reliable, fast, and efficient. Additional details and registration are available at: EBN.uscourts.gov**

```
                              United States Bankruptcy Court
                               Southern District of Ohio
In re:                                                                                  Case No. 18-10148-jph
David Earl Bair, Jr.                                                                    Chapter 7
        Debtor                            CERTIFICATE OF NOTICE
District/off: 0648-1           User: dabneys                 Page 1 of 2                  Date Rcvd: Jan 22, 2018
                               Form ID: 309A                 Total Noticed: 39


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jan 24, 2018.
db             +David Earl Bair, Jr.,    1800 Tanglewood Dr,    Loveland, OH 45140-9319
19112633       +84 Lumber,    P O Box 360343,    Pittsburgh PA 15250-0001
19112634       +Allied Glass,    2036 Reading Road,    Cincinnati OH 45202-1484
19112635       +Bair Build Company LLC,    coob at CB Real Estate, DEPE LLC,    1706 John Street,
                 Cincinnati OH 45214-2462
19112638       +Barestone LLC,    2372 Madison Road #WIC,    Cincinnati OH 45208-1037
19112639       +Barron Peck Bennie & Schlemmer,    3074 Madison Road,    Cincinnati OH 45209-1723
19112660       +Brian Redden,    105 E 4th Street #300,    Cincinnati OH 45202-4023
19112643       +CB Real Estate,    45 Fairfield Ave #4,    Bellevue KY 41073-1149
19112645       +Chip & Diane Dennig,    1507 Republic Street,    Cincinnati OH 45202-7015
19112647       +DEPE, LLC dba Pella,    9869 Montgomery Road,    Cincinnati OH 45242-6424
19112651       +David Kamp,    1700 4th & Vine Tower,    1 West 4th Street,    Cincinnati OH 45202-3604
19112667       +David Weber,    300 Pike Street #500,    Cincinnati OH 45202-4241
19112646       +Department of Education,    Room 4082 Bldg ROB #3,    400 Maryland SW,
                 Washington DC 20202-0008
19112648      ++FIFTH THIRD BANK,    MD# ROPS05 BANKRUPTCY DEPT,    1850 EAST PARIS SE,
                 GRAND RAPIDS MI 49546-6253
               (address filed with court: Fifth Third Bank,     38 Fountain Square Plaza,    Cincinnati OH 45202)
19112649        Great Lakes Higher Education,    2401 International Lane,    Madison WI 53704-3192
19112654       +Josh Loewenstine,    3616 Marburg Ave,    Cincinnati OH 45208-1611
19112652       +Keidel,    1150 Tennessee Ave,    Cincinnati OH 45229-1010
19112653       +Kingston Developement Group LLC,    2372 Madison Road Unit WIC,    Cincinnati OH 45208-1037
19112655       +Louisville Tile,    3200 E Kemper Road,    Cincinnati OH 45241-1540
19112642       +Michael Carter,    coplaintiff with Barestone,    5580 Windridge View,    Cincinnati OH 45243-2977
19112656       +Office of District Counsel,    312 Elm Street,    Suite 2350,    Cincinnati OH 45202-2742
19112659       +PNC Bank,    Western Loan Center,    2730 Liberty Ave,    Bankruptcy Dept,
                 Pittsburgh PA 15222-4704
19112644       +Ravdeep & Sonia Chanana,    234 E 23rd Street #4A,    New York NY 10010-4624
19112666       +Santina Vanzant,    Attorney for Union,    8534 E Kemper Road,    Cincinnati OH 45249-3701
19112661        Shell,    Processing Center,    PO Box 183018,    Columbus OH 43218-3018
19112663       +Sunbelt Rental,    4631 Spring Grove,    Cincinnati OH 45232-1944
19112637       +Suzanne Bair,    1800 Tanglewood,    Loveland OH 45140-9319
19112636       +Suzanne Bair,    codefendant at Union Savings,    1800 Tanglewood,    Loveland OH 45140-9319
19112664       +U S Attorney,    221 East Fourth Street,    Suite 400,    Cincinnati OH 45202-4219
19112665       +Union Savings Bank,    8534 E. Kemper Road,    Cincinnati OH 45249-3701

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
aty             E-mail/Text: rob@goering-law.com Jan 22 2018 19:24:31      Robert A Goering,
                 220 West Third Street,    Cincinnati, OH 45202
tr             +EDI: BHEMENNINGERJR Jan 22 2018 19:13:00      Henry E Menninger, Jr,    600 Vine Street,
                 Suite 2500,    Cincinnati, OH 45202-2491
ust            +E-mail/Text: ustpregion09.ci.ecf@usdoj.gov Jan 22 2018 19:25:09      Asst US Trustee (Cin),
                 Office of the US Trustee,    36 East Seventh Street,    Suite 2030,    Cincinnati, OH 45202-4457
19112640        EDI: BMW.COM Jan 22 2018 19:13:00      BMW Financial,    P O Box 3608,    Dublin OH 43016-0306
19112641        EDI: CAPITALONE.COM Jan 22 2018 19:13:00      Capital One Bank,    15000 Capital One Drive,
                 Richmond VA 23238
19112650        EDI: IRS.COM Jan 22 2018 19:13:00      Internal Revenue Service,    P O Box 7346,
                 Philadelphia PA 19101-7346
19112657       +E-mail/Text: Bankruptcy.notices@tax.state.oh.us Jan 22 2018 19:26:17      Ohio Attorney General,
                 30 E Broad Street,    14th Floor,    Columbus OH 43215-3414
19112658       +E-mail/Text: collections.psw@parknationalbank.com Jan 22 2018 19:25:04      Park National Bank,
                 1075 Nimitzview Drive,    Cincinnati OH 45230-4359
19112662        E-mail/Text: Bankruptcy.notices@tax.state.oh.us Jan 22 2018 19:26:17      State of Ohio,
                 Department of Taxation,    Attn: Bankruptcy Division,    P O Box 530,    Columbus OH 43266-0030
                                                                                                 TOTAL: 9

             ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                TOTAL: 0

Addresses marked ’+’ were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked ’++’ were redirected to the recipient’s preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).
```

```
District/off: 0648-1           User: dabneys              Page 2 of 2                   Date Rcvd: Jan 22, 2018
                               Form ID: 309A              Total Noticed: 39
```

***** BYPASSED RECIPIENTS (continued) *****

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 24, 2018                                Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on January 22, 2018 at the address(es) listed below:
              Asst US Trustee (Cin)    ustpregion09.ci.ecf@usdoj.gov
              Henry E Menninger, Jr    hemenninger@woodlamping.com, oh73@ecfcbis.com
              Robert A Goering    on behalf of Debtor David Earl Bair, Jr. rob@goering-law.com,
               rob_53891@ecf.courtdrive.com
                                                                                             TOTAL: 3
```