Form a7nflclm
(Rev. 12/15)

**United States Bankruptcy Court**
**Southern District of Ohio**
**221 East Fourth Street, Suite 800**
**Cincinnati, OH 45202−4133**

In Re:  David Earl Bair Jr.

        Debtor(s)

SSN/TAX ID:
    xxx−xx−6136

Case No.: 1:18−bk−10148

Chapter:  7

Judge:   Jeffery P. Hopkins

**NOTICE OF NEED TO FILE PROOF OF CLAIM**
**DUE TO RECOVERY OF ASSETS**

The initial notice in this case instructed creditors that it was not necessary to file a proof of claim. Since that notice was sent, assets have been recovered by the Trustee.

Creditors who wish to share in any distribution of funds must file a proof of claim with the clerk of the bankruptcy court at the address below on or before:

**July 2, 2018**

This date does not reduce the time provided by statute for governmental units to file proofs of claim.

Creditors who do not file a proof of claim on or before this date might not share in any distribution from the debtor's estate.

If you would like to electronically complete and file a Proof of Claim form, you may do so at the following web site: https://www.ohsb.uscourts.gov/epoc

If you do not have access to a computer, or prefer to file the Proof of Claim manually, a Proof of Claim form ("Official Form 410") can be obtained at www.uscourts.gov or at any bankruptcy clerk's office.  If you are filing by mail and wish to recieve proof of receipt by the bankruptcy court, enclose an extra copy of the proof of claim together with a stamped, self−addressed envelope.

There is not a fee for filing the proof of claim.

**Any creditor who has filed a proof of claim already need not file another proof of claim.**

United States Bankruptcy Court
Southern District of Ohio
221 East Fourth Street, Suite 800
Cincinnati, OH 45202−4133

Dated: April 3, 2018

FOR THE COURT:
Richard B. Jones
Clerk, U.S. Bankruptcy Court

United States Bankruptcy Court
Southern District of Ohio

In re:  
David Earl Bair, Jr.  
    Debtor

Case No. 18-10148-jph  
Chapter 7

# CERTIFICATE OF NOTICE

District/off: 0648-1     User: dabneys     Page 1 of 2     Date Rcvd: Apr 03, 2018  
                          Form ID: a7nflclm     Total Noticed: 41

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 05, 2018.

```
db          +David Earl Bair, Jr.,   1800 Tanglewood Dr,   Loveland, OH 45140-9319
aty         +Robert A Goering,   220 West Third Street,   Cincinnati, OH 45202-3407
cr          +Park National Bank,   4550 Eastgate Blvd.,   Cincinnati, OH 45245-1202
19112633    +84 Lumber,   P O Box 360343,   Pittsburgh PA 15250-0001
19112634    +Allied Glass,   2036 Reading Road,   Cincinnati OH 45202-1484
19112635    +Bair Build Company LLC,   coob at CB Real Estate, DEPE LLC,   1706 John Street,
              Cincinnati OH 45214-2462
19112638    +Barestone LLC,   2372 Madison Road #WIC,   Cincinnati OH 45208-1037
19112639    +Barron Peck Bennie & Schlemmer,   3074 Madison Road,   Cincinnati OH 45209-1723
19112660    +Brian Redden,   105 E 4th Street #300,   Cincinnati OH 45202-4023
19112643    +CB Real Estate,   45 Fairfield Ave #4,   Bellevue KY 41073-1149
19112645    +Chip & Diane Dennig,   1507 Republic Street,   Cincinnati OH 45202-7015
19112647    +DEPE, LLC dba Pella,   9869 Montgomery Road,   Cincinnati OH 45242-6424
19112651    +David Kamp,   1700 4th & Vine Tower,   1 West 4th Street,   Cincinnati OH 45202-3604
19112667    +David Weber,   300 Pike Street #500,   Cincinnati OH 45202-4241
19112646    +Department of Education,   Room 4082  Bldg ROB #3,   400 Maryland SW,
              Washington DC 20202-0008
19112648   ++FIFTH THIRD BANK,    MD# ROPS05 BANKRUPTCY DEPT,   1850 EAST PARIS SE,
              GRAND RAPIDS MI 49546-6253
             (address filed with court: Fifth Third Bank,   38 Fountain Square Plaza,   Cincinnati OH 45202)
19112649     Great Lakes Higher Education,   2401 International Lane,   Madison WI 53704-3192
19112654    +Josh Loewenstine,   3616 Marburg Ave,   Cincinnati OH 45208-1611
19112652    +Keidel,   1150 Tennessee Ave,   Cincinnati OH 45229-1010
19112653    +Kingston Develoepement Group LLC,   2372 Madison Road Unit WIC,   Cincinnati OH 45208-1037
19112655    +Louisville Tile,   3200 E Kemper Road,   Cincinnati OH 45241-1540
19112642    +Michael Carter,   coplaintiff with Barestone,   5580 Windridge View,   Cincinnati OH 45243-2977
19112656    +Office of District Counsel,   312 Elm Street,   Suite 2350,   Cincinnati OH 45202-2742
19112659    +PNC Bank,   Western Loan Center,   2730 Liberty Ave,   Bankruptcy Dept,
              Pittsburgh PA 15222-4704
19112644    +Ravdeep & Sonia Chanana,   234 E 23rd Street #4A,   New York NY 10010-4624
19112666    +Santina Vanzant,   Attorney for Union,   8534 E Kemper Road,   Cincinnati OH 45249-3701
19112661     Shell,   Processing Center,   PO Box 183018,   Columbus OH 43218-3018
19112663    +Sunbelt Rental,   4631 Spring Grove,   Cincinnati OH 45232-1944
19112637    +Suzanne Bair,   1800 Tanglewood,   Loveland OH 45140-9319
19112636    +Suzanne Bair,   codefendant at Union Savings,   1800 Tanglewood,   Loveland OH 45140-9319
19112664    +U S Attorney,   221 East Fourth Street,   Suite 400,   Cincinnati OH 45202-4219
19112665    +Union Savings Bank,   8534 E. Kemper Road,   Cincinnati OH 45249-3701
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.

```
tr          +EDI: BHEMENNINGERJR Apr 03 2018 23:04:00      Henry E Menninger, Jr,   600 Vine Street,
              Suite 2500,   Cincinnati, OH 45202-2491
ust         +E-mail/Text: ustpregion09.ci.ecf@usdoj.gov Apr 03 2018 19:16:32      Asst US Trustee (Cin),
              Office of the US Trustee,   36 East Seventh Street,   Suite 2030,   Cincinnati, OH 45202-4457
cr          +EDI: AISACG.COM Apr 03 2018 23:04:00      BMW Financial Services NA, LLC,
              AIS Portfolio Services, LP,   4515 N Santa Fe Ave. Dept. APS,   Oklahoma City, OK 73118-7901
19112640     EDI: BMW.COM Apr 03 2018 23:04:00      BMW Financial,   P O Box 3608,   Dublin OH 43016-0306
19112641     EDI: CAPITALONE.COM Apr 03 2018 23:04:00      Capital One Bank,   15000 Capital One Drive,
              Richmond VA 23238
19112650     EDI: IRS.COM Apr 03 2018 23:04:00      Internal Revenue Service,   P O Box 7346,
              Philadelphia PA 19101-7346
19112657    +E-mail/Text: Bankruptcy.notices@tax.state.oh.us Apr 03 2018 19:17:29      Ohio Attorney General,
              30 E Broad Street,   14th Floor,   Columbus OH 43215-3414
19112658    +E-mail/Text: collections.psw@parknationalbank.com Apr 03 2018 19:16:27      Park National Bank,
              1075 Nimitzview Drive,   Cincinnati OH 45230-4359
19112662     E-mail/Text: Bankruptcy.notices@tax.state.oh.us Apr 03 2018 19:17:29      State of Ohio,
              Department of Taxation,   Attn: Bankruptcy Division,   P O Box 530,   Columbus OH 43266-0030
                                                                                              TOTAL: 9
```

        ***** BYPASSED RECIPIENTS *****  
NONE.                                                                                                               TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address  
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

```
District/off: 0648-1           User: dabneys              Page 2 of 2            Date Rcvd: Apr 03, 2018
                               Form ID: a7nflclm          Total Noticed: 41
```

***** BYPASSED RECIPIENTS (continued) *****

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 05, 2018                                    Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on April 3, 2018 at the address(es) listed below:
              Asst US Trustee (Cin)    ustpregion09.ci.ecf@usdoj.gov
              Henry E Menninger, Jr    hemenninger@woodlamping.com, oh73@ecfcbis.com
              Robert A Goering    on behalf of Debtor David Earl Bair, Jr. rob@goering-law.com,
               rob_53891@ecf.courtdrive.com
                                                                                            TOTAL: 3
```