**Form 1**

## Individual Estate Property Record and Report

### Asset Cases

Page: 1

**Case No.:** 18-10148 JPH  
**Case Name:** BAIR, DAVID EARL JR.  
**For Period Ending:** 04/11/2018

**Trustee Name:** (550660) Henry E. Menninger, Jr.  
**Date Filed (f) or Converted (c):** 01/19/2018 (f)  
**§ 341(a) Meeting Date:** 02/21/2018  
**Claims Bar Date:** 07/02/2018

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property Formally<br>Abandoned<br>OA=§554(a)<br>abandon. | 5<br>Sale/Funds<br>Received by the<br>Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
| 1 | 1800 Tanglewood Dr, Loveland, OH 45140-0000, Hamilton County<br>Single-family home. Entire property value: $230,000.00 | 230,000.00 | 0.00 | | 0.00 | FA |
| 2 | 2007 Jetski & Trailer<br>Entire property value: $2,500.00 | 2,500.00 | 0.00 | | 0.00 | FA |
| 3 | Old Trailer (no title)<br>Entire property value: $200.00 | 200.00 | 0.00 | | 0.00 | FA |
| 4 | 1/2 interstwith mother: Stove-200 Refrigerator-200 Living Room Set-300 Dinette-250 Bedroom Set-200 Beds-200 Washer & Dryer-150 Tables-150 Patio-100 Lawnmower-100 Desk-25 Tools-200 Misc. Household items(each)-150 | 1,112.50 | 0.00 | | 0.00 | FA |
| 5 | TV(s)-200 VCR-5 DVD-10 Microwave-15 Computer-200 | 430.00 | 0.00 | | 0.00 | FA |
| 6 | Golf Clubs | 100.00 | 0.00 | | 0.00 | FA |
| 7 | Wearing Apparel | 500.00 | 0.00 | | 0.00 | FA |
| 8 | Deposits of money: Huntington Bank | 50.00 | 0.00 | | 0.00 | FA |
| 9 | TAX REFUNDS (u) | Unknown | Unknown | | 0.00 | Unknown |
| 9 | **Assets Totals (Excluding unknown values)** | **$234,892.50** | **$0.00** | | **$0.00** | **$0.00** |

**Major Activities Affecting Case Closing:**

His mother owns 100% of stock in Bair Building Company;  
Awaiting copies of titles to jet ski and trailer;  
Awaiting copy of 2017 tax return; and  
Awaiting copies of Huntington Bank statements  
Trustee will investigate any potential avoidance claims

**Initial Projected Date Of Final Report (TFR):** 04/02/2019     **Current Projected Date Of Final Report (TFR):** 04/02/2019

04/11/2018  
Date

/s/Henry E. Menninger, Jr.  
Henry E. Menninger, Jr.