# UNITED STATES BANKRUPTCY COURT
# SOUTHERN DISTRICT OF OHIO

| | |
|---|---|
| **In re:** | **Case No. 1:18-bk-10148** |
| | **Chapter 7** |
| **David Earl Bair, Jr.,** | **Judge Jeffery P. Hopkins** |
| *Debtor*. | |
| | **ADV. PRO. NO. 1:18-ap-01022** |
| **Barestone, LLC, et al.,** | |
| **Plaintiffs,** | |
| v. | |
| **David Earl Bair Jr.,** | |
| **Defendant-Debtor.** | |

**Stipulation for Extension of Time for Debtor to Respond to Adversary Complaint**

Now come the parties, by and through their respective counsel, and stipulate that Debtor shall have a 30-day extension of time, up to and including June 21, 2018, within which to respond to Plaintiff's Adversary Complaint. No prior extensions have been requested for this response or reply.

Dated: May 30, 2018

**Stipulated and Agreed to by:**

| | |
|---|---|
| */s/ Brian R. Redden per email 05/22/18* | */s/ Paul T. Saba* |
| Brian R. Redden, Esq. | Paul T. Saba, Esq. (0063723) |
| Buechner Haffer Meyers & Koenig Co., LPA | Stagnaro, Saba & Patterson Co., L.P.A. |
| 105 E 4th Street, Suite 300 | 2623 Erie Avenue |
| Cincinnati, OH 45202 | Cincinnati, Ohio 45208 |
| 513.579.1500 | 513.533.2703 |
| 513.977-4361 (facsimile) | 513.533.2713 (facsimile) |
| bredden@bhmklaw.com | paulsaba@sspfirm.com |
| **Attorneys for Plaintiffs** | **Attorneys for Debtor** |

## **CERTIFICATE OF SERVICE**

I hereby certify that a copy of the foregoing Notice of Appearance and Demand for Service of Papers was served on May 30, 2018 upon the U.S. Trustee and on all registered ECF Participants, electronically through the court's ECF System at the email address registered with the Court:

U.S. Trustee
Henry E. Menniger, Jr., U.S. Trustee
Robert A. Goering, Attorney for Robert A. Goering
Brian R. Redden, Attorney for Plaintiffs

*/s/ Paul T. Saba*
Paul T. Saba, Esq. (0063723)