UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

IN RE:

DAVID EARL BAIR, JR.

    Debtors

CASE # 18-10148
CHAPTER 7

JUDGE HOPKINS

TRUSTEE'S ABANDONMENT OF PROPERTY (1800 Tanglewood Drive, Loveland, Ohio)

This cause came on the 28th day of March, 2018, on the above named Debtor to abandon the property in Exhibit "A" attached hereto and made a part hereof.

Encumbrances on the property are represented to be in excess of the value that would permit any meaningful distribution to creditors. There is thus no equity in the property for creditors above the allowed exemptions. The property is burdensome to the estate or is of inconsequential value and benefit to the estate under 11 USC 554.

The Trustee therefore abandons the property listed on Exhibit A, attached hereto and made a part hereof, as an asset that is burdensome to the estate or is of inconsequential value and benefit to the estate pursuant to LBR 6007-1(a).

Dated: 5/6/2020

Respectfully submitted,

/s/ Henry E. Menninger, Jr.
Trustee

CERTIFICATE OF SERVICE

I hereby certify that on ~~March~~ 4/14, 2023, a copy of the foregoing Trustee's Abandonment was served on the following registered ECF participants, electronically through the court's ECF System at the email address registered with the Court:

US Trustee
Henry E. Menninger, Jr.
Debtor

/s/ Robert A. Goering
Robert A. Goering, #0034600

Wayne Coates
Hamilton County Recorder's Office
Doc #: 16-44858    Type: DE
Filed: 05/20/16 08:54:52 AM    $28.00
Off.Rec.: 13171 00827 F 036    2    167

■1317100827F■

```
Convey. number.    109969
Deed number.       16-384501
Instr. number      16-387354
Transfer date:     05/19/2016
                              319.202 R.C.    Amount:              230000.00
                              322.02 R.C.     Hamilton County Auditor   0.50
                              Rhodes          Transfer Fee              460.00
                                              Permissive Fee            230.00
                                              Conveyance Fee            690.50
```

After recording, return to:
CHICAGO TITLE COMPANY, LLC
12500 Reed Hartman Highway, Suite 120
Cincinnati, OH 45241
File#: 57160508

Prior Registered Land

## GENERAL WARRANTY DEED

KNOW ALL MEN BY THESE PRESENTS, that **LAVONNE HUBERS, unmarried,** ("Grantor"), of Hamilton County, Ohio, for valuable consideration paid, grants, with general warranty covenants, to:

**DAVID E. BAIR, JR.** ("Grantee"), whose tax mailing address is: 1800 Tanglewood Drive, Loveland, Ohio 45140 the following real property:

Situate in Section 24, Town 5, Entire Range 1, City of Loveland, and being more particularly described as follows:

Lot No. 42 of Pheasant Hills Subdivision, Block "D", Part 1, as recorded in Plat Book 27, Pages 31 to 32, of the Registered Land Records of Hamilton County, Ohio.

| | |
|---|---|
| Prior Instrument Reference: | Official Record Book 9894, Page 1873<br>Cert#: 206911<br>Recorder's Office, Hamilton County, Ohio. |
| Permanent Parcel ID Number: | 621-12-387 |
| Subject Property Address: | 1800 Tanglewood Drive, Loveland, Ohio 45140 |

Description Acce:
Auditor ___

This conveyance is:

Subject to easements, conditions, covenants, restrictions and reservations of record, zoning ordinances, building, use and occupancy restrictions, and all existing public streets and legal highways and any such state of facts as an examination of the Premises and/or an accurate survey would disclose and the lien of real estate taxes and assessments not yet due and payable.