Form a0nproc5
(Rev. 07/12)

## United States Bankruptcy Court
## Southern District of Ohio
### 221 East Fourth Street, Suite 800
### Cincinnati, OH 45202−4133

| | |
|---|---|
| In Re: David Earl Bair Jr.<br>Debtor(s)<br>SSN/TAX ID:<br>xxx−xx−6136 | Case No.: 1:18−bk−10148<br>Chapter: 7<br>Judge: Beth A. Buchanan |

## Notice of Failure to Comply With ECF Procedure 5 And
## Order Preserving Initial Filing Date Upon Timely Compliance

The following document(s) has(have) been scanned and therefore transmitted without complying with ECF Procedure 5, which requires all transmitted documents to contain Electronically Generated Text (ECF Procedure 5(a),(b)), with certain exceptions not applicable (ECF Procedure 5(c));

**Trustee's Abandonment of Property (1800 Tanglewood Drive, Loveland, Ohio)**

For the document(s) to be effectively filed, the document(s) must be re−transmitted as Electronically Generated Text in compliance with ECF Procedure 5 not later than FOURTEEN (14) days from the date of this order. If the word "Substitute" is included in the title of the re−transmitted document(s), and the document is re−transmitted using the **"Substitute PDF"** docketing event, the date of the original transmission shall be deemed the filing date of the substitute document(s).

**IT IS SO ORDERED.**

Dated: April 15, 2020

**/s/ BY THE COURT**